## No. 13,402.

GARRETT *v.* CITY OF COLORADO SPRINGS.

(28 P. [2d] 1118)

Decided November 27, 1933.   Rehearing denied January 8, 1934.

Judgment affirmed en banc on application for supersedeas without written opinion.

Messrs. STRACHAN & HORN, for plaintiff in error.

Mr. BEN S. WENDELKEN, for defendant in error.